## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

## Sharon BRASS–COREY, Respondent.

### No. 508 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

April 12, 1999.

*ORDER*

PER CURIAM:

AND NOW, this 12th day of April, 1999, there having been filed with this Court by Sharon Brass–Corey her verified Statement of Resignation dated March 3, 1999, stating that she desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of Sharon Brass–Corey be and it is hereby accepted and she is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that she shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

## In the Matter of Paul Joseph KONZELMANN, II.

### No. 488 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

April 12, 1999.

*ORDER*

PER CURIAM:

AND NOW, this 12th day of April, 1999, Paul Joseph Konzelmann, II, having been disbarred by consent from the practice of law in the State of New Jersey by Order of the Supreme Court of New Jersey dated October 14, 1998; the said Paul Joseph Konzelmann, II, having been directed on January 22, 1999, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Paul Joseph Konzelmann, II, is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.